



### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., <br><br> Defendant. | : : : : : : : : : : : : CIVIL ACTION NO. 10-CV-4374 |

**FILED**
APR 27 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later

date, and to seek the dismissal of the relators' action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                Respectfully,

                LOUIS D. LAPPEN
                First Assistant United States Attorney

                MARGARET L. HUTCHINSON
                Assistant United States Attorney
                Chief, Civil Division

                GERALD B. SULLIVAN
                JOEL M. SWEET
                Assistant United States Attorneys
                615 Chestnut Street, Suite 1250
                Philadelphia, Pennsylvania 19106-4476
                tel. (215) 861-8581/8786
                fac. (215) 861-8618
                e-mail: joel.sweet@usdoj.gov
                        gerald.sullivan@usdoj.gov

                    STUART F. DELERY
                    Acting Assistant Attorney General

                    JOYCE R. BRANDA
                    JAMIE ANN YAVELBERG
                    HOLLY H. SNOW
                    Attorneys, Civil Division
                    U.S. Department of Justice
                    P.O. Box 261
                    Ben Franklin Station
                    Washington, DC 20044
                    tel. (202) 616-2879
                    fac. (202) 307-3852
                    e-mail: holly.h.snow@usdoj.gov

Date:   April 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that today, April 27, 2012, I sent, by email a copy of the foregoing Notice of Election to Decline Intervention and proposed order to the following:

Jeffrey F. Keller, Esquire
Kathleen R. Scanlan, Esquire
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107

Robert L. Begleiter, Esquire
Gordon Schnell, Esquire
Jeffrey I. Shinder, Esquire
Jason Enzler, Esquire
Marlene Koury, Esquire
Constantine Cannon LLP
450 Lexington Avenue
New York, NY 10017

Lisa C. Dykstra
MORGAN LEWIS
1701 Market Street
Philadelphia, PA 19103-2921
*(relators' names redacted)*

**FILED**
APR 27 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

_____
JOEL M. SWEET
Assistant United States Attorney