IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STEPHEN A. KRAHLING AND JOAN A. WLOCHOWSKI,<br><br>Relators,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | Case 2:10-cv-04374 CDJ |

## ORDER

AND NOW, this 5th day of November, 2012, upon consideration of Defendant's Motion for Leave to File a Reply Brief, and any responses thereto, it is hereby **ORDERED** that the Defendant's Motion is **GRANTED**. The Clerk of Court is directed to file the Reply Brief in the above-captioned action forthwith.

BY THE COURT:

_____
C. Darnell Jones, II