IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
*ex rel.* STEPHEN A. KRAHLING AND
JOAN A. WLOCHOWSKI,        :        CIVIL ACTION
                           :
    Relators,              :        NO. 10 - 4374
                           :
  v.                       :
                           :
MERCK & CO., INC.,         :
                           :
    Defendant.             :

## ORDER

AND NOW, this 14th day of June, 2013, it is hereby ORDERED that ORAL ARGUMENTS shall be held on the pending Motion to Dismiss on <u>July 31, 2013</u>, at <u>11:00 a.m.</u>

Counsel shall contact Chambers the day prior to ascertain the assigned courtroom.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II,      J.