IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO.<br><br>Defendant. | CIVIL ACTION NO.: 10-CV-4374 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_/s/ signature_
JOEL M. SWEET
Assistant United States Attorney
Philadelphia, PA 19106
Phone: (215) 861-8581
Fax: (215) 861-8618
joel.sweet@usdoj.gov

Dated: 3/14/14

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by ECF, upon the following:

Jeffrey F. Keller, Esq.
Kathleen R. Scanlan, Esq.
Keller Grover LLP
1965 Market Street
San Francisco, CA 94103

Gordon Schnell, Esq.
Jason Enzler, Esq.
Marlene Koury, Esq.
Constantine Cannon LLP
335 Madison Avenue, 9th Floor
New York, NY 10017

Joel C. Meredith, Esq.
Meredith & Narine
100 S. Broad Street, Ste. 905
Philadelphia, PA 19110

Eric W. Sitarchuk, Esq.
Lisa Dykstra, Esq.
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Robert L. Begleiter, Esq.
Schlam Stone & Dolan
26 Broadway, Suite 19
New York, NY 10004-1831

Daniel Allanoff, Esq.
Meredith Cohen Greenfogel & Skinick, PC
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Dino S. Sangiamo, Esq.
Sally W. Bryan, Esq.
Venable LLP
750 East Pratt Street
Baltimore, MD 21202

/s/ Joel M. Sweet
JOEL M. SWEET
Assistant United States Attorney

Dated: 03/19/14