IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : | |
| STEPHEN A. KRAHLING AND | : | CIVIL ACTION |
| JOAN A. WLOCHOWSKI, | : | |
| | : | |
| Relators, | : | NO. 10-4374 & |
| | : | NO. 12-3555 |
| v. | : | |
| | : | |
| MERCK & CO., INC., | : | |
| | : | |
| Defendant. | : | |

AND NOW, this 4th day of September, 2014, it is hereby ORDERED as follows:

1. Upon consideration of Defendants' Motion to Dismiss in Civil Action No. 12-3555 (Dkt No. 40) and the responses thereto, it is hereby ORDERED that said Motion is GRANTED IN PART and DENIED IN PART. Count II is DIMISSED, except for claims brought under the NYDAPA and the NJCFA.  Counts III, IV, Count V, and VI are DISMISSED in their entireties.

2. Upon consideration of Defendants' Motion to Dismiss in Civil Action No. 10-4374 (Dkt No. 45) and the responses thereto, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II,   U.S.D.J.