## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,<br><br>                  *Plaintiffs,*<br>      v.<br>MERCK & CO., INC.,<br>                  *Defendant.* | Civil Action No. 10-4374 (CDJ) |

## ORDER

**AND NOW**, this __5th__ day of February, 2016, upon consideration of Relator's Letter Motion for a Protective Order (ECF No. 89), and the parties' responses thereto (ECF Nos. 90, 94), **IT IS HEREBY ORDERED** that:

1) Relator's Motion is **DENIED**, as outlined in the accompanying memorandum opinion.

2) Out of utmost caution, and because Relator's motion and the parties' responses are all filed under seal, the Court files its Memorandum under seal.

3) After reviewing the Court's Memorandum, the parties are ORDERED to SHOW CAUSE by February 16, 2016 why the Court's Memorandum should remain under seal.  Should the parties fail to show cause, the Court will unseal the Memorandum on February 17, 2016.

BY THE COURT:

__/s/ Lynne A. Sitarski__
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE