IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,<br>          *Plaintiffs,*<br>     v.<br>MERCK & CO., INC.,<br>          *Defendant.* | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. 12-03555 (CDJ) |

**O R D E R**

**AND NOW**, this __27TH__ day of August, 2018, upon consideration of Defendant's Letter Motion to Withdraw its Letter Motion for additional time to depose Relators' and Plaintiffs' expert, Dr. David A. Kessler (ECF Docket No. 180), it is hereby **ORDERED** that the Motion is **GRANTED**.

Defendant's Letter Motion for additional time to depose Relators' and Plaintiffs' expert, Dr. David A. Kessler (ECF Docket No. 167) is hereby withdrawn, without prejudice.[1]

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] By Order dated November 13, 2014, the Honorable C. Darnell Jones, II referred all discovery motions in the above-captioned matter to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF Docket No. 67.