IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT FOX, et al.** | : | |
| v. | : | Civil Action No. 06-cv-4679 |
| **HOME CARE HOSPICE, INC., et al.** | : | |
| | | |
| **PETER BISTRIAN** | : | |
| v. | : | Civil Action No. 08-cv-3010 |
| **WARDEN TROY LEVI, et al.** | : | |
| | | |
| **JASON DEMKO, et al.** | : | |
| v. | : | Civil Action No. 08-cv-4623 |
| **SYNTHES, INC.** | : | |
| | | |
| **STEPHEN KRAHLING, et al.** | : | |
| v. | : | Civil Action No. 10-cv-4374 |
| **MERCK & CO.** | : | |
| | | |
| **DONALD PALMER, et al.** | : | |
| v. | : | Civil Action No. 12-cv-907 |
| **C&D TECHNOLOGIES** | : | |
| | | |
| **JESSE POLANSKY, M.D., et al.** | : | |
| v. | : | Civil Action No. 12-cv-4239 |
| **EXECUTIVE HEALTH RESOURCES** | : | |
| | | |
| **RONALD STRECK, et al.** | : | |
| v. | : | Civil Action No. 13-cv-7547 |
| **BRISTOL-MYERS SQUIBB COMPANY, et al.** | : | |
| | | |
| **CUSTOMS FRAUD INVESTIGATIONS** | : | |
| v. | : | Civil Action No. 13-cv-2983 |
| **VICTAULIC COMPANY** | : | |
| | | |
| **SHELDON PINK, et al.** | : | |
| v. | : | Civil Action No. 13-cv-4942 |
| **ELIZABETH KHAN, M.D., et al.** | : | |
| | | |
| **SARAH BEHNKE, et al.** | : | |
| v. | : | Civil Action No. 14-cv-824 |
| **CVS CAREMARK CORP., et al.** | : | |

| | | |
|---|---|---|
| **ERICKA DESJARDINS, et al.**<br>v.<br>**TREE OF LIFE BEHAVIORAL SERVICES, INC., et al.** | : <br> : <br> : <br> : | Civil Action No. 14-cv2039 |
| **TERRY JACKSON, et al.**<br>v.<br>**DEPAUL HEALTH SYSTEM, et al.** | : <br> : <br> : | Civil Action No. 15-cv-20 |
| **SANDRA WESTRAY, et al.**<br>v.<br>**MERCY LIFE, et al.** | : <br> : <br> : | Civil Action No. 15-cv-3095 |
| **SUSAN CLASS, et al.**<br>v.<br>**BAYADA HOME HEALTH CARE, et al.** | : <br> : <br> : | Civil Action No. 16-cv-680 |
| **UNITED STATES OF AMERICA**<br>v.<br>**CLINICAL CORP., et al** | : <br> : <br> : | Civil Action No. 16-cv-2115 |
| **UNITED STATES OF AMERICA**<br>v.<br>**AMGEN, LLC, et al.** | : <br> : <br> : | Civil Action No. 16-cv-5203 |
| **THE WOLK FIRM**<br>v.<br>**UNITED STATES OF AMERICA, et al.** | : <br> : <br> : | Civil Action No. 16-cv-5632 |
| **ANTHONY GOLDBERG**<br>v.<br>**UNITED STATES OF AMERICA, et al.** | : <br> : <br> : | Civil Action No. 17-cv-176 |
| **ESTATE OF ANTHONY KENDRELL**<br>v.<br>**DEFENSE LOGISTICS AGENCY, et al.** | : <br> : <br> : | Civil Action No. 17-cv-229 |
| **UNITED STATES OF AMERICA**<br>v.<br>**J&B POULTRY MARKET, et al.** | : <br> : <br> : | Civil Action No. 17-cv-710 |
| **JOHN BESSE**<br>v.<br>**UNITED STATES OF AMERICA** | : <br> : <br> : | Civil Action No. 17-cv-801 |

| | | |
|---|---|---|
| **BLANCHE BROWN** <br> v. <br> **UNITED STATES OF AMERICA, et al.** | : <br> : <br> : | Civil Action No. 17-cv-1551 |
| **NHCA-TEV, LLC** <br> v. <br> **TEVA PHARMACEUTICAL PRODUCTS, LTD, et al.** | : <br> : <br> : <br> : | Civil Action No. 17-cv-2040 |
| **BRADLEY KURTZ, et al.** <br> v. <br> **DEPARTMENT OF EDUCATION CONSERVE** | : <br> : <br> : <br> : | Civil Action No. 17-cv-2283 |
| **EDWARD WILLIAMS** <br> v. <br> **U.S. ATTORNEY GENERAL, et al.** | : <br> : <br> : | Civil Action No. 17-cv-2641 |
| **TAMMIE ROSADO** <br> v. <br> **UNITED STATES OF AMERICA, et al.** | : <br> : <br> : | Civil Action No. 17-cv-5253 |
| **FELICITA SANCHEZ-GARCIA** <br> v. <br> **UNITED STATES OF AMERICA** | : <br> : <br> : | Civil Action No. 17-cv-5387 |
| **AYO TAPSON** <br> v. <br> **UNITED STATES OF AMERICA** | : <br> : <br> : | Civil Action No. 18-cv-442 |
| **WILLIAM JENNINGS** <br> v. <br> **UNITED STATES OF AMERICA** | : <br> : <br> : | Civil Action No. 18-cv-461 |
| **JOSEPH RISDORFER** <br> v. <br> **UNITED STATES OF AMERICA** | : <br> : <br> : | Civil Action No. 18-cv-592 |
| **PRISCILLA GIUSEFFI** <br> v. <br> **KIRSTJEN NIELSEN** | : <br> : <br> : | Civil Action No. 18-cv-622 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance in all of the above captioned cases.

Respectfully submitted,

Dated: 8/29/2018

*Margaret L. Hutchinson*
MARGARET L. HUTCHINSON
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance was filed and available through the Court's ECF filing system in the above-captioned cases.

Dated: 8/29/2018

*Margaret Hutchinson*
MARGARET L. HUTCHINSON
Assistant United States Attorney