

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,<br>*Plaintiffs*,<br>v.<br>MERCK & CO., INC.,<br>*Defendant*. | Civil Action No. 10-4374 (CDJ) |

**FILED**
NOV 19 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## JOINT STIPULATION AND ORDER
## TO AMEND THE SCHEDULING ORDER

WHEREAS, on September 11, 2019, the Court set a deadline for dispositive motions;

WHEREAS, on September 26, 2019, the Court modified the dispositive motion deadlines so that dispositive motions were due by October 25, 2019, oppositions by November 26, 2019, and replies by December 20, 2019 (Dkt. No. 267);

WHEREAS, on October 25, 2019, the parties filed multiple dispositive motions (Dkt. Nos. 279-295);

WHEREAS, this Court's Policies and Procedures require that if a "responding party sets forth additional disputed material facts [in filing its opposition brief], the moving party shall, within 7 business days, file a response either admitting those facts are disputed, or contending they are undisputed and, as such, are not genuine issues to be tried," Judge Jones Policies and Procedures, Civil Cases D.3 (Dec. 2, 2016 rev.);

WHEREAS, counsel for the parties have conferred and request, based on the current briefing schedule, to move the deadline to respond to any additional disputed material facts filed in connection with an opposition brief to December 20, 2019 so that it aligns with the deadline for reply briefs.

NOW THEREFORE, the parties hereby stipulate and agree that, subject to the entry of this stipulation by the Court, the deadline for any party to respond to any additional disputed material facts in an opposition brief shall be December 20, 2019.

DATED:  November 5, 2019

Respectfully submitted,

_/s/ Gordon Schnell_
Gordon Schnell
Robert L. Begleiter
Marlene Koury
Daniel Vitelli
Hamsa Mahendranathan
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY  10017
Telephone: (212) 350-2700
gschnell@constantinecannon.com
rbegleiter@constantinecannon.com
mkoury@constantinecannon.com
dvitelli@constantinecannon.com
hmahendranathan@constantinecannon.com

Jeffrey F. Keller
Kathleen R. Scanlan
KELLER GROVER LLP
1965 Market Street
San Francisco, CA  94103
Telephone:  (415) 543-1305
jfkeller@kellergrover.com
kscanlan@kellergrover.com

**Counsel for Relators**

_/s/ Lisa C. Dykstra_
Eric W. Sitarchuk
Lisa C. Dykstra
Scott A. Stempel
R. Brendan Fee
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  215-963-5000
eric.sitarchuk@morganlewis.com
lisa.dykstra@morganlewis.com
scott.stempel@morganlewis.com
brendan.fee@morganlewis.com

Dino S. Sangiamo
Sally W. Bryan
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD  21202
Telephone:  410-244-7400
DSSangiamo@Venable.com
SRBryan@Venable.com

Neal K. Katyal (*pro hac vice*)
Jessica L. Ellsworth (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
neal.katyal@hoganlovells.com
jessica.ellsworth@hoganlovells.com

**Counsel for Defendant**

10CV4374

BY THE COURT:

_____
C. DARNELL JONES, II
UNITED STATES DISTRICT COURT JUDGE

Date: November 19, 2019