IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, | : : : | |
| *Plaintiffs*, | : : | CIVIL ACTION NO. 10-4374 |
| v. | : : | |
| MERCK & CO., INC., | : : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **3rd** day of **August 2023,** in accordance with this Court's prior Order (ECF No. 351), having received no filings from the parties (or non-parties) requesting this Court's Memorandum (ECF No. 350) remain under seal or be redacted, it is **hereby ORDERED that the Clerk shall unseal this Court's Memorandum (ECF No. 350).**

The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**